PD-1340-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/12/2015 12:02:03 AM
Accepted 11/12/2015 2:27:09 PM
ABEL ACOSTA
CLERK

COURT OF CRIMINAL APPEALS NO. PD-1340-15

ON APPEAL FROM COURT OF APPEALS NO. 01-14-00174-CR

TRIAL COURT CAUSE NO. 1389676

| STEPHEN CLARK WEBB | § | IN THE TEXAS COURT OF |
| | § | |
| vs | § | |
| | § | |
| THE STATE OF TEXAS | § | CRIMINAL APPEALS |

*granted*
*PC*
*11-13-15*

## APPELLANT'S MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

COMES NOW, STEPHEN CLARK WEBB, Appellant in the above-entitled and numbered cause, and files this, Appellant's Second Motion to Extend Time to File Petition for Discretionary Review, and for good cause moves the Court to grant an extension as follows:

1.      Appellant intends to file a Petition for Discretionary Review asking the Court to grant the petition on the grounds that the Court of appeals either decided an important question of state law that has not been, but should be, settled by the Court of Criminal Appeals and which conflicts with applicable decisions of the Court of Criminal Appeals.

2.      The deadline for filing a Petition for Discretionary Review in this matter is November 11, 2015.

FILED IN
COURT OF CRIMINAL APPEALS

November 12, 2015

ABEL ACOSTA, CLERK

3. Appellant is seeking a 2 day extension to file his Petition for Discretionary Review.

4. Appellant seeks additional time to file his Petition for Discretionary Review for the following reasons:

   a) Appellant's counsel has been in Arizona where he is also licensed to practice law interviewing witnesses, working on a Joint Pretrial Statement in preparation for a trial readiness conference scheduled November 19, 2015 in advance of a projected two week trial involving multiple defendants scheduled to begin December 1, 2015.

   b) Appallant's counsel has not completed his work in reviewing and amending the draft PDR prepared in this matter for filing it with the Court and seeks an additional two days to complete doing so.

5. There has been one previous extension granted regarding the filing of a Petition for Discretionary Review.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that the Court grant this Motion and extend the time to file his Petition for Discretionary Review by two days until November 13, 2015.

Respectfully submitted,

/s/ John S. Cossum
JOHN S. COSSUM
TSB #04854500
440 Louisiana, Suite 900
Houston, TX 77002
Telephone: (713) 222-6134
Facsimile: (713) 222-6144
E-Mail: jcossum@cossumlaw.com

ATTORNEY FOR APPELLANT,
STEPHEN CLARK WEBB

## CERTIFICATE OF SERVICE

As required by Texas Rule of Appellate Procedure 6.3 and 9.5(b), (d) and (e),

I certify that a true and correct copy of the foregoing document has been delivered to

the party listed below via electronic transmission on this 11th day of November,

2015.

Eric Kugler
Assistant District Attorney on Appeal
TBC # 796910
Harris County District Attorney's Office
1201 Franklin, Suite 600
Houston, Texas 77002
Telephone: (713) 755-5826

ATTORNEY FOR APPELLEE,
STATE OF TEXAS

/s/ John S. Cossum
JOHN S. COSSUM